**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Criminal No. 09-00008-CG |
| | * | |
| **CHARLES MICHAEL BRELAND** | * | |
| | * | |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, in the Indictment in the above-entitled case, the United States sought forfeiture of property used or intended to be used to commit or promote the commission of including all visual depictions the production of which involved minors engaged in sexually explicit conduct and any real or personal property used or intended to be used to commit or promote the commission of the violations set forth in the Indictment pursuant to Title 18, United States Code, Section 2253;

AND WHEREAS, pursuant to the guilty plea and the Plea Agreement and Factual Resume entered into between the United States and defendant Charles Michael Breland, and for the reasons stated, it is hereby

ORDERED, ADJUDGED AND DECREED, that pursuant to Title 18, United States Code, Sections 2252A and 2253, and Federal Rule of Criminal Procedure 32.2(b), the interests of defendant Charles Michael Breland are hereby condemned and forfeited to the United States for disposition according to law in the following:

1. Seagate 320GB hard drive, Serial No. 5QF2ZHRV

2. Seagate 160GB hard drive, Serial No. 9RA2B4K6

3. Western Digital 320 GB hard drive, Serial No. WCAMR3720775

4. Maxtor 200GB hard drive, Serial No. L42X5Q3G

AND WHEREAS, by virtue of said guilty plea and Plea Agreement, the United States is now entitled to and should reduce the said property to its possession and notify any and all potential third parties who have or may have an interest in the forfeited property, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2253(b), and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

NOW THEREFORE, IT IS HEREBY **ORDERED, ADJUDGED AND DECREED**:

That based on the guilty plea, the Plea Agreement, and Fed.R.Crim.P 32.2(b)(3), all right, title and interest of defendant Charles Michael Breland in the above-described property is hereby forfeited to and vested in the United States of America for disposition in accordance with law, subject to the provisions of Title 21, United States Code, Section 853(n), as incorporated by Title 18, United States Code, Section 2253(b).

That the aforementioned property is to be held by the Immigration and Customs Enforcement (ICE) in their secure custody and control.

That pursuant to Title 21, United States Code, Section 853(n)(1), as incorporated by Title 18, United States Code, Section 2253(b), the United States shall publish notice of this order on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon showing that such discovery is necessary or desirable to resolve factual issues.

The United States shall have clear title to the property following the Court's disposition of all third-party interest, or, if none, following the expiration of the period provided in Title 21, United States Code, Section 853(n)(2), as incorporated by Title 18, United States Code, Section 2253(b), for the filing of third-party petitions.

If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2).

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

The Clerk of the Court shall forward six (6) certified copies of this Order to Assistant U.S. Attorney Sean P. Costello, U.S. Attorney's Office, Southern District of Alabama.

DATED this 4th day of May, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE