IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| vs. | * Case Number: 09-0008 |
| CHARLES MICHAEL BRELAND, SR.. | * |
| Defendant. | * |

**MOTION TO REDUCE AND/OR TERMINATE
SUPERVISED RELEASE TERM**

Comes now the Defendant, by and through his attorney of record, and moves this court for an order reducing or terminating his supervised release term and is brought in pursuant to 18 U.S.C. 3583(e)(1) in the above styled cause and as grounds asserts the following:

1. On April 28, 2009, the Defendant was convicted of a violation of Title 18 United States Code, Section 2256(8)(A) and Title 18, United States Code, Sections 2252 and 2252A and sentenced to 60 months to the custody of the Bureau of Prisons and supervised release term of life.

2. This Defendant was released on or about August 30, 2013, from the Bureau of Prisons and has been on supervised release since that date.

3. Since his release, this Defendant has been gainfully employed and his supervision has been uneventful with his current treatment therapy and counseling showing him to have a very low risk to relapse.

4. The Defendant believes that after consideration of

   a. The nature and circumstances of the underlying offense and history and

        characteristics of this Defendant;

b.     Whether the current and continued SRT is an adequate deterrence to criminal conduct;

c.     Whether a reduction will protect the public from further crimes of this Defendant;

d.     Whether this Defendant is in need of educational or vocational training, medical care, or other correctional treatment in the most effective manner;

e.     Other sentencing options; including the relevant statements of the United States Sentencing Commission;

f.     The need to avoid warranted sentencing disparities among Defendant's with similar records who have been guilty of similar conduct; and

g.     A need to provide restitution.

5.     That continued supervision of this Defendant is not necessary.

Wherefore the premises considered, the Defendant moves this Honorable Court for an order scheduling a hearing pursuant to Rule 32.1 of the Federal Rules of Procedure and thereupon reducing and/or terminating this Defenfant's period of supervised release and for any other, further or different relief the premises considered.

        Respectfully submitted,

          /s/ Richard E. Shields
        Richard E. Shields - SHIER9954
        Attorney for Defendant

Of Counsel:

McCleave & Shields, LLC
507 Church Street
Mobile, AL 36602
(251) 432-1656

CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have on this 31st date of October, 2018, served a copy of the foregoing document on the following, by electronic mailing.

Richard W. Moore
Assistant U.S. Attorney
60 South Royal Street, Suite 600
Mobile, AL 36602

                              /s/ Richard E. Shields
                              Richard E. Shields